IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH A. JURAK,

    Plaintiff,

v.

GREG GRAMS, SGT. KOTTKA, C/O
HOOPER, LT. KELLER, CAP. SALTER
and SGT. MORRISON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-446-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_Peter Oppeneer_      12/15/09
Peter Oppeneer, Clerk of Court      Date